UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

**BILL OF PARTICULARS**
**(Forfeiture)**

The United States of America, pursuant to Federal Rule of Criminal Procedure 32.2(a), particularly alleges that the following is subject to forfeiture on the basis of the allegations set forth in the "Forfeiture" *section* of the Indictment (Doc. 1) filed in the above-styled criminal case:

1. An order of forfeiture in the amount of at least $27,685,907.78, representing the amount of proceeds obtained by the defendant from the offense;

2. Approximately 719.99591411 BTC seized from the defendant's BTC Wallet 3Pxki6pFFKC12YSn8JtDs3ZrEg3pFTHnHd on or about January 27, 2021;

3. Approximately 15.725489349111 XMR seized from the defendant's MONERO Wallet 46rzcLXcqE2hL9KYmJ5vuQVXHhhR7jDXxj4nKzwjDMeFf7KhtTbmK6oHTbQ53jzuZfMrMwvbK8ztidbq wTuxNTVaAQYKBfY on or about January 27, 2021;

4. Approximately $299,150 CAD seized from the defendant's residence on or about January 27, 2021;

5. Approximately $238,620 CAD seized on or about January 28, 2021, from Safety Deposit Box #118 at National Bank, Gatineau, QC, held in the defendant's name; and

6. Approximately $98,070 CAD seized on or about January 28, 2021, from Safety Deposit Box #123 at National Bank of Canada, Gatineau, QC, held in the defendant's name.

        Respectfully Submitted,

        KARIN HOPPMANN
        Acting United States Attorney

By:   *s/Suzanne C. Nebesky*
       SUZANNE C. NEBESKY
       Assistant United States Attorney
       Fla. Bar No. 59377
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602
       Tel:   (813) 274-6000
       E-mail: Suzanne.nebesky@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
