AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
SEBASTIEN VACHON-DESJARDINS

Case No. 8:20-cr-366 T 02 SPF

*SEALED*

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SEBASTIEN VACHON-DESJARDINS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Computer Fraud, in violation of 18 U.S.C. § 371; Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349; Intentional Damage to a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(A)(i)(I), (c)(4)(A)(i)(VI), and (c)(4)(B)(i); and Transmitting a Demand in Relation to Damaging a Protected Computer, in violation of 18 U.S.C. §§ 1030(a)(7)(B), (a)(7)(C), and (c)(3)(A).

Date: DEC 0 3 2020

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12-03-2020, and the person was arrested on *(date)* 03-09-2022
at *(city and state)* TAMPA FL

Date: 03-09-2022

*Arresting officer's signature*

Scott Capazolu DUSM
*Printed name and title*