UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Julie S. Sneed
Courtroom 11A

United States v. Sebastien Vachon-Desjardins
8:20-cr-00366-WFJ-SPF

| **Date**: March 10, 2022 | **Court Reporter**: Digital |
|---|---|
|  | **Interpreter**: N/A |
| **Time**: 2:23 PM–2:30 PM | Total: 7 mins | **Deputy Clerk**: Clara Reaves |
| **Government Counsel** | **Defense Counsel** |
| Carlton Gammons, AUSA | Mark O'Brien, Ret. |

**Initial Appearance/Arraignment/Detention Hearing/Bond Hearing**

Defendant present with counsel.

Arrest Date: 3/9/2022

Court summarizes the charges and advises Defendant of Rule 5 rights.

Attorney Mark O'Brien, Ret.

Government seeks detention.

Defendant reserves on the issue of bail.

Court orders Defendant detained.

Defendant waives formal reading of the Indictment.

Not guilty plea entered by Defendant as to all counts.

Oral Motion for discovery by defendant. Oral order Defendant to provide under Rule 16(b).

 Oral Motion for reciprocal Discovery by Government.

Oral order government to provide under Rule 16(a) discovery;

Pretrial Discovery Order to be electronically filed by Magistrate Judge Flynn.

Trial set for May 2022 trial term beginning May 2, 2022 before District Judge Jung. Telephonic Status conference set for April 14, 2022.

Due Process oral order given.