UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

_____/

**ORDER OF DETENTION PENDING TRIAL**

The Government seeks detention of Defendant. In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail hearing has been offered but waived. This Court concludes that the following facts require the detention of Defendant, Sebastien Vachon-Desjardins, pending further order of the court.

Defendant is charged in an Indictment with conspiracy to commit computer fraud and wire fraud, intentional damage to a protected computer, and transmitting a demand in relation to damaging a protected computer in violation of 18 U.S.C. §§ 371, 1029(a)(2) and 1030. At present, Defendant does not challenge the Government's request for detention but seeks only the opportunity to revisit the matter in the future should circumstances warrant. Given that there are no circumstances available to the Court that would allow for Defendant's release and assure his future appearance in court, it is hereby **ORDERED** that Defendant be **DETAINED**. Leave is granted for Defendant to revisit the Court's Order of Detention should circumstances warrant such reconsideration.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

**DONE** and **ORDERED** in Tampa, Florida, on March 11, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record
United States Pretrial Services
United States Marshals Service