UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                       CASE NO. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

### UNITED STATES' JOINT STATUS REPORT

The United States of America, pursuant to Fed. R. Crim. P. 17.1 and the Court's notice regarding status conference in this case (Doc. 22), files the following status report:

1. **Brief summary of the case's status:**

Sebastien Vachon-Desjardins is a Canadian national who acted as one of the most prolific distributors of one of the most prolific ransomware variants in the world. In 2020, Vachon-Desjardins conspired to commit dozens of ransomware attacks (including against victims located in the Middle District of Florida), resulting in the payment of millions in ransoms.

On December 2, 2020, a grand jury returned an indictment charging Vachon-Desjardins with conspiracy to commit computer fraud and wire fraud, intentional damage to a protected computer, and transmitting a demand in relation to damaging a protected computer. Doc. 1. The Court issued a warrant for his arrest. Doc. 5. Vachon-Desjardins was taken into custody by Canadian authorities in Gatineau,

Quebec, Canada, on January 27, 2021, and extradited to the United States pursuant to the extradition treaty between the United States and Canada. Vachon-Desjardins was presented on March 10, 2022, and ordered detained pending trial. Doc. 18.

2. **Possibility of a plea agreement as to the defendant:**

The United States forwarded a plea agreement to defense counsel on March 23, 2022. The parties are now coordinating a proffer with the defendant, and expect that meeting to occur on April 19, 2022. It is likely that the defendant will resolve this case by entering a guilty plea.

3. **Number of days required for trial, for government's case-in-chief:**

The parties anticipate that trial will take approximately ten days.

4. **Pending motions, dates on which they were filed, and whether they are ripe for determination:**

There are no pending motions.

5. **Potential speedy trial problems:**

The parties do not foresee any speedy trial problems.

The United States has consulted with defense counsel who agrees to the above information.

                          Respectfully submitted,

                          Roger B. Handberg
                          United States Attorney

By:    */s/ Carlton C. Gammons*
        Carlton C. Gammons
        Assistant United States Attorney
        Florida Bar Number 85903
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        Email: Carlton.Gammons@usdoj.gov

U.S. v. Vachon-Desjardins    Case No. 8:20-cr-366-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Carlton C. Gammons*
Carlton C. Gammons
Assistant United States Attorney
Florida Bar Number 85903
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
Email: Carlton.Gammons@usdoj.gov