UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

**JOINT STIPULATION FOR RELEASE OF RESTRAINING ORDER**

The United States of America and the defendant hereby stipulate and agree as follows:

1. On January 11, 2022, upon a consent motion filed by the United States, this Court entered a Restraining Order for the following assets seized from the defendant in January 2021, to preserve their availability for forfeiture:

   a. Approximately 719.99591411 BTC seized from the defendant's BTC Wallet 3Pxki6pFFKC12YSn8JtDs3ZrEg3pFTHnHd on or about January 27, 2021;

   b. Approximately 15.725489349111 XMR seized from the defendant's MONERO Wallet 46rzcLXcqE2hL9KYmJ5vuQVXHhhR7jDXxj4nKzwjDMeFf7KhtTbmK6oHTbQ53jzuZfMrMwvbK8ztidbq wTuxNTVaAQYKBfY on or about January 27, 2021;

   c. Approximately $299,150 CAD seized from the defendant's residence on or about January 27, 2021;

   d. Approximately $238,620 CAD seized on or about January 28, 2021, from Safety Deposit Box #118 at National Bank, Gatineau, QC, held in the name of Sebastien Vachon-Desjardins; and

    e. Approximately $98,070 CAD seized on or about January 28, 2021, from Safety Deposit Box #123 at National Bank of Canada, Gatineau, QC, held in the name of Sebastien Vachon-Desjardins,

(the Seized Assets). Doc. 11.

    2. The defendant subsequently pled guilty to various computer theft and extorsion offenses in a related, Canadian criminal proceeding, and was sentenced by the Ontario Court of Justice (the Ontario Case). As part of the Ontario Case, the defendant was ordered to forfeit, among other things, all but approximately 39.5 BTC of the Seized Assets.[1] A copy of the Ontario Court of Justice forfeiture order is attached as Exhibit A.

    3. The United States and the defendant agreed that, after payment of any valid, attorney fee claims in the Ontario Case in accordance with Canadian law, the remaining bitcoin should be transferred to a wallet designated by the Federal Bureau of Investigation and held until a forfeiture determination has been made in this case.

    4. The parties were notified that on or about April 22, 2022, Canadian authorities transferred approximately 27.65 BTC to an FBI wallet, where it will be held pending resolution of the criminal forfeiture.

---

[1] When the United States originally sought and obtained the Restraining Order, it was unclear whether the Ontario Court of Justice would forfeit any or all of the Seized Assets. Now that most of the Seized Assets have been forfeited in the Ontario Case, the United States and the defendant have agreed not to contest the Canadian forfeiture proceedings. Instead, the United States is cooperating with Canadian authorities to ensure that the forfeited funds can be used, to the extent possible, to compensate victims in both proceedings.

5. Because all of the Seized Assets have either been forfeited in the Ontario Case or, pursuant to the parties' agreement, are in the possession of the United States, the restraint is no longer necessary.

WHEREFORE, the parties, having so stipulated and agreed, respectfully request the Court enter an Order releasing and discharging the Restraining Order.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:  *s/ Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
Florida Bar Number 59377
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602
(813) 274-6000 – telephone
E-mail: suzanne.nebesky@usdoj.gov

/s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar Number 0160210
O'Brien Hatfield Reese, PA
511 West Bay Street, Suite 330
Tampa, Florida 33606
Direct:      (813) 228-6989
E-mail: mjo@markjobrien.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Suzanne C. Nebesky*
SUZANNE C. NEBESKY
Assistant United States Attorney
