Court File No.

## ONTARIO COURT OF JUSTICE
### (Central West Region)

| | |
|---|---|
| **THE HONOURABLE** | ) THE ___31ˢᵗ___ DAY |
| | ) |
| **JUSTICE G. PAUL RENWICK** | ) OF ___January___, 2022 |
| | ) |

**IN THE MATTER OF** an Application by the Attorney General of Ontario for an order of forfeiture of proceeds of crime, pursuant to s. 462.37(2.01) of the *Criminal Code*.

BETWEEN:

### HER MAJESTY THE QUEEN

Applicant

and

### SEBASTIEN VACHON DESJARDINS

Respondent

---

## FORFEITURE ORDER
[SECTION 462.37(2.01) OF THE *CRIMINAL CODE*]

---

**UPON APPLICATION** made by the Attorney General for Ontario through his counsel for an order pursuant to s. 462.37(2.01) of the *Criminal Code* for the forfeiture of the following property:

1. 680.49591411 Bitcoin (BTC) seized from the BTC wallet of Sebastien Vachon Desjardins on February 6ᵗʰ, 2021, and currently held by the RCMP.

2. 15.725489349111 Monero (XMR) seized from the Monero Crypto Wallet of Sebastien Vachon Desjardins on February 6ᵗʰ, 2021 and currently held by the RCMP.

3. $299,150 in Canadian currency seized from the residence of Sebastien Vachon Desjardins on January 27ᵗʰ, 2021.

4. $238,620 in Canadian currency seized on January 28ᵗʰ, 2021 from Safe Deposit box #118 at the National Bank of Canada, 1056 Boul. Maloney Ouest, Gatineau, Quebec.

EXHIBIT A

5. $98,070 in Canadian currency seized on January 28th, 2021 from Safe Deposit box #123 at the National Bank of Canada, 455 Montee Paiement, Gatineau, Quebec.

6. An Apple Ipad 7 with serial number F9FZ4A4OMF3V seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

7. A Playstation with remote, USB key and external hard drive seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

8. A Hewlett Packard Elite Book laptop – 8540p with serial number CND1098TTR seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

9. A Nintendo Switch console with serial number XAW70005941134 and dock seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

10. A high definition (HD) Sandisk with serial number 172303A00C98, a Seagate HD with serial number 9VX103EQ and USB key seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

11. A high definition (HD) Sandisk with serial number 174201A011BB and USB Key model Sandisk Cruzer seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

12. An Apple Iphone 12 with serial number 17DP0K50F04 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

13. A 320GB hard drive, model number WD3200BPVT and serial number WX91433C5670 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

14. A Samsung Galaxy A10 with IMEI number 358099106306541 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

15. An RCA model RCTRCT68 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

16. An Apple Iphone 7 with IMEI number 353837087019202 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

17. An Alienware laptop with serial number STJZC0M63 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

18. A custom built desktop computer with serial number MCMH5001GNN5011202001035 seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

19. A laptop located within a cooler bag, seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

20. An Apple Iphone seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

21. 7 USB keys seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

22. A yellow and grey USB seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

23. $107,000.00 in Canadian currency, currently held in Sebastien Vachon Desjardins' SEBVTECH Inc. business account 829-00107-85188 at Caisse Populaire Desjardins in Quebec.

24. 3 Gift cards, Rona, $200 Visa and $50 Mastercard seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

25. 2 Vanilla VC gift cards seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

26. 17 Visa gift cards and 9 Mastercard gift cards seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

27. A Sandisk USB key seized from the residence of Sebastien Vachon Desjardins on January 27th, 2021.

(hereinafter referred to as the "property")

**AND UPON** the conviction of Sebastien Vachon Desjardins on January 31st, 2022 of Participation in the Activities of a Criminal Organization, contrary to Section 467.11(1)(a) of the *Criminal Code*, being an offence described in s. 462.37(2.02) of the *Criminal Code*;

**AND UPON** hearing the submissions of counsel for the applicant and the respondent, and any other party with a valid interest and considering the evidence heard and filed at trial and filed in support of the application;

**AND UPON** being satisfied that the notice requirement set out in s. 462.41 of the *Criminal Code* has been discharged;

**AND UPON** being satisfied that within 10 years before the proceedings were commenced in respect of the offence described above, of which the Sebastien Vachon Desjardins has been convicted, Sebastien Vachon Desjardins engaged in a pattern of criminal activity of the purpose of directly or indirectly receiving a material benefit, including a financial benefit; or

that the income of Sebastien Vachon Desjardins from sources unrelated to designated offences cannot reasonably account for the value of all of the property of the offender;

**AND UPON** being satisfied that s. 462.49(2) of the *Criminal Code* applies in respect of this order;

**IT IS HEREBY ORDERED THAT** the property be forfeited to Her Majesty the Queen in Right of Ontario to be disposed of as directed by the Attorney General for Ontario or otherwise dealt with in accordance with the law, provided that the property and, where applicable, the net proceeds of sale of the property are first applied to satisfy the terms of the restitution order made by this Court on January 31st, 2022 in favour of :

-Cegep de St. Felicien: $999,239.00

-Elite Group (Continental Casualty Group): $725,963.52

-Endoceutics Inc.: $72,503.43

-Enterprise Robert Thibert Inc.: $289,472.00 + $417,449.00 (for Travelers Insurance Co.) = $706,921.00

-Robson Carpenter LLP: $2,500.00

-Ville de Montmagny: $206,737.00

-Windward Software Systems Inc: $91,966.02

Dated at Brampton, Ontario this 31st day of January 2022.

_____
The Honourable Justice G. Paul Renwick
Ontario Court of Justice