**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:   8:20-cr-366-WFJ-SPF** | **DATE:     May 13, 2022** |
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**SEBASTIEN VACHON-DESJARDINS** | **GOVERNMENT COUNSEL:**<br>Carlton Curtiss Gammons, AUSA |
| | **DEFENDANT COUNSEL:**<br>Mark J. O'Brien, RETAINED |
| **COURT REPORTER:**  David Collier | **DEPUTY CLERK:** Caleb Houston |
| **TIME:**  8:10 AM - 8:11 AM **TOTAL:**  1 Minute | **COURTROOM:** 15B - Tele |

**PROCEEDINGS:** TELEPHONIC STATUS CONFERENCE

Court called to order.

Counsel identified for the record.

Oral motion to continue by defense. No objections by the Government.

The Court **GRANTED** the motion to continue. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by such continuance outweigh the best interest of the public and the defendant in a speedy trial; this time is, therefore, deemed EXCLUDABLE until trial.

Trial Term:    September 2022

Next Status Conference:    August 11, 2022 at 11:00 AM