**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GUILTY PLEA MINUTES**

CASE NO.: 8:20-cr-366-WFJ-SPF       DATE: July 11, 2022

HONORABLE: SEAN P. FLYNN, U.S. Magistrate Judge

| | |
|---|---|
| UNITED STATES OF AMERICA | Carlton Gammons |
| | Assistant U.S. Attorney |
| vs. | |
| SEBASTIEN VACHON-DESJARDINS | Mark O'Brien, Retained |
| Defendant | Attorney for Defendant |

INTERPRETER/LANGUAGE: N/A

DEPUTY CLERK: Eric Calderon       COURTROOM: 11B

HEARING TIME: 2:31 – 3:00     TOTAL: 0:29     TAPE: DIGITAL

(X)   DEFENDANT WAS SWORN.

(X)   COURT ADVISES OF DEFENDANT'S RULE 11 RIGHTS.

(X)   PLEA AGREEMENT FILED.

(X)   PLEA OF GUILTY ENTERED AS TO COUNTS ONE, TWO, THREE and FOUR of the INDICTMENT.

(X)   FACTUAL BASIS ESTABLISHED.

(X)   GUILTY PLEA ACCEPTED.

(X)   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION.

(X)   SENTENCING to be scheduled by separate notice before District Judge William F. Jung.

(X)   REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.