NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS
_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and

pleaded guilty to Counts ONE, TWO, THREE and FOUR of the Indictment.    After

cautioning and examining the Defendant as mandated by Rule 11, I have determined that

the guilty plea is knowledgeable, voluntary, and supported by a factual basis.    I therefore

recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty

and have sentence imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on July 11, 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

## NOTICE

Within fourteen days after being served with a copy of this Report and Recommendation, any
party may serve and file written objections to the proposed findings and recommendations or
request an extension of time to do so. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.    Failure of any
party to timely object in accordance with the provisions of § 636(b)(1) waives that party's right
to challenge on appeal the district court's order based on the unobjected-to factual and legal
conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.