UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

### UNITED STATES' *UNOPPOSED* MOTION TO BIFURCATE SENTENCING AND RESTITUTION PROCEEDINGS

The United States of America respectfully moves this Court pursuant to 18 U.S.C. § 3664(d)(5), to bifurcate the final determination of restitution from the sentencing currently scheduled on October 4, 2022. The United States requests an additional 60 days to ascertain the victims' losses in this case, and requests that the restitution hearing be scheduled for a date between 60 and 90 days after sentencing. In support of its motion, the United States offers the following:

On December 2, 2020, a grand jury returned an indictment charging Sebastien Vachon-Desjardins with conspiracy to commit computer fraud and wire fraud, intentional damage to a protected computer, and transmitting a demand in relation to damaging a protected computer. Doc. 1. On July 11, 2022, Vachon-Desjardins pleaded guilty to all counts of the Indictment pursuant to a written plea agreement. Docs. 33, 35. Sentencing is scheduled to take place on October 4, 2022. Doc. 40.

## Memorandum of Law

The Court is required to order restitution to a victim of any offense resulting in damage to or loss or destruction of property of a victim of the offense. 18 U.S.C. § 3663A(b). Pursuant to the plea agreement in this case, Vachon-Desjardins has agreed to make restitution to certain victims identified in Counts Three and Four of the Indictment. *See* Doc. 33, p. 4 and 5. In addition to these victims, the United States has identified dozens of individuals/entities who may be "victims" of the crimes charged, as defined in 18 U.S.C. § 3663A(a)(2). When a victim's losses are not ascertainable at the time of sentencing, 18 U.S.C. § 3664(d)(5) provides that the Government shall inform the court, "and the court shall set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing."

The parties are prepared to move forward with the sentencing hearing scheduled on October 4, 2022. The United States' determination of victim losses, however, is ongoing and cannot be accomplished by that date. Accordingly, the United States respectfully requests, pursuant to 18 U.S.C. § 3664(d)(5), that the final determination of restitution be bifurcated from the October 4, 2022, sentencing, and that a restitution hearing be set for a date at least 60 days, but not to exceed 90 days, after sentencing.

## M.D. Fla. Local Rule 3.01(g) Certification

The Government has conferred with defense counsel as to the relief requested in the instant motion, and defense counsel does not oppose the relief requested.

                                      Respectfully submitted,

                                      ROGER B. HANDBERG
                                      United States Attorney

By:    */s/ Carlton C. Gammons*
        Carlton C. Gammons
        Assistant United States Attorney
        Florida Bar No. 85903
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (239) 461-2219
        E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Vachon-Desjardins                                  Case No. 8:20-cr-366-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

>   /s/ Carlton C. Gammons
>   Carlton C. Gammons
>   Assistant United States Attorney
>   Florida Bar No. 85903
>   400 N. Tampa Street, Suite 3200
>   Tampa, Florida 33602-4798
>   Telephone:  (813) 274-6000
>   Facsimile:   (239) 461-2219
>   E-mail: Carlton.Gammons@usdoj.gov