UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

## NOTICE OF APPEARANCE

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, files this notice of appearance of the undersigned as co-counsel for the United States in the above-captioned case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: */s/ Sonia V. Jimenez*
Sonia V. Jimenez
Trial Attorney
Nevada Bar No. 8818
U.S. Department of Justice
1301 New York Ave. NW, 6th floor
Washington, DC 20530
Telephone: (202) 616-2514
Email: Sonia.Jimenez@usdoj.gov

U.S. v. Vachon-Desjardins　　　　　　　　　　Case No. 8:20-cr-366-WFJ-SPF

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

　　　　　　　　　　　　　　　　/s/ Sonia V. Jimenez
　　　　　　　　　　　　　　　　Sonia V. Jimenez
　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　Nevada Bar No. 8818
　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　1301 New York Ave. NW, 6th floor
　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　Telephone: (202) 616-2514
　　　　　　　　　　　　　　　　Email: Sonia.Jimenez@usdoj.gov