UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                              Case No. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

**ORDER OF FORFEITURE AND PRELIMINARY
ORDER OF FORFEITURE FOR DIRECT ASSET**

THIS CAUSE comes before the Court upon the United States of America's motion for:

1.  An order of forfeiture against the defendant in the amount of $21,500,000; and

2.  A preliminary order of forfeiture for approximately 27.65 BTC remaining from the bitcoin previously seized from the defendant's BTC Wallet 3Pxki6pFFKC12YSn8JtDs3ZrEg3pFTHnHd on or about January 27, 2021 (the 27.65 BTC).

Being fully advised of the relevant facts, the Court hereby finds that at least $21,500,000 was obtained by the defendant as a result of his participation in the computer fraud and wire fraud conspiracies and his computer fraud offenses, for which he has pled guilty.

The Court further finds that the 27.65 BTC, identified above, represents proceeds the defendant obtained as a result of his participation in the computer fraud

and wire fraud conspiracies and his computer fraud offenses, for which he has pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1030(i)(1)(B), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for an order of forfeiture in the amount of $21,500,000.

It is FURTHER ORDERED that, because the $21,500,000 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), forfeiture of any of the defendant's property up to the value of $21,500,000.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), 1030(i)(1)(B), 28 U.S.C. § 2461(c) and Rule 32.2(b)(2), the 27.65 BTC, identified above, is hereby forfeited to the United States for disposition according to law.  The net proceeds from the forfeiture of the 27.65 BTC, identified above, shall be credited to and reduce the amount the United States shall be entitled to forfeit as substitute assets.

It is FURTHER ORDERED that, upon entry, this order shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the order of forfeiture.

DONE and ORDERED in Tampa, Florida, this 4th day of October, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:
Suzanne C. Nebesky, AUSA
Counsel of Record