**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 8:20-cr-366-WFJ-SPF | **DATE:** October 4, 2022 |
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA** <br> v. <br> **SEBASTIEN VACHON-DESJARDINS** | **GOVERNMENT COUNSEL** <br> Carlton Curtiss Gammons, AUSA |
| | **DEFENSE COUNSEL** <br> Mark J. O'Brien, Retained |
| **COURT REPORTER:** Tana Hess | **DEPUTY CLERK:** Caleb Houston |
| **TIME:** 11:01 AM – 11:32 AM <br> **TOTAL:** 31 Minutes | **COURTROOM:** 15B |
| | **PROBATION:** Tyler Campbell |

**PROCEEDINGS:**   CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES

Court called to order.

Counsel identified for the record.

Defendant sworn.

Defendant is adjudged guilty on Counts One, Two, Three, and Four of the Indictment.

Government counsel addressed the Court.

Defense counsel addressed the Court.

Imprisonment:  **TWO HUNDRED FORTY (240) MONTHS. This term consists of a 60-month term as to Counts One and Four, 120-month term as to Count Three and a 240-month term as to Count Two.  Counts One, Three, and Four are to run concurrently to Count Two.**

Supervised Release: **THREE (3) YEARS. This term consists of a 3-year term as to Counts One, Two, Three and Four, all such terms to run concurrently.**

Fine is waived.

Restitution: To be determined.

Special Assessment: $400.00 to be paid immediately.

Special conditions of supervised release:

1. Defendant shall submit to a search of his person, residence, place of business, any storage units under his control, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release.  Defendant shall inform any other residents that the premises may be subject to a search pursuant to this condition.  Failure to submit to a search may be grounds for revocation.

2. Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself/herself for any major purchases without approval of the probation officer.

3. Defendant shall provide the probation officer access to any requested financial information.

4. Defendant shall refrain from engaging in any employment related to Information Technology.

5. Defendant is prohibited from either possessing or using a computer (including a smart phone, hand-held computer device, a gaming console, or an electronic device) capable of connecting to an online service or an internet service provider.

Defendant is to cooperate in the collection of DNA as instructed by the Probation Officer.

Defendant is remanded to the custody of the US Marshal.

Defendant advised of right to appeal and to counsel on appeal.

Forfeiture ordered by the Court. Forfeiture order entered on October 4, 2022 is made a part of the Judgment.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 34 |
| Criminal History Category: | I |
| Imprisonment Range | 151-188 months |
| Supervised Release Range | 1-3 years |
| Restitution: | To be determined. |
| Fine Range | $35,000.00 - $250,000.00 |
| Special Assessment | $400.00 |

Adjustments/changes to the PSR:  Court adjourned.