UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:20-CR-366-WFJ

SEBASTIEN VACHON-DESJARDINS

## DEFENDANT SEBASTIEN VACHON-DESJARDINS' NOTICE TO THE COURT REGARDING HIS APPELLATE RIGHTS

COMES NOW, the Defendant, SEBASTIEN VACHON-DESJARDINS, by and through his undersigned counsel, and respectfully files this his notice to the court regarding his appellate rights and in support states as follows:

1. I, SEBASTIEN VACHON-DESJARDINS, after being made aware by the district court judge in the above styled case in open court after sentencing, and then again by my attorney Mark J. O'Brien during a private conference after sentencing, understand that if I want to appeal the judgment and conviction in the above styled case my notice of appeal must be filed with the federal clerk of the court within 14 days after the entry of either a) the judgment or the order appealed from or b) the filing of the government's notice of appeal.

2. I, SEBASTIEN VACHON-DESJARDINS, understand that if I fail to file a notice of appeal in the above styled case within fourteen (14) days from one of the above two events, it shall be deemed by the district court judge to be an acknowledgment by me that my election to not appeal was an informed and voluntary choice.

3.  I, SEBASTIEN VACHON-DESJARDINS, in order to avoid any confusion on this issue, in writing instruct my attorney Mark J. O'Brien that:

    _S.V._ I do not wish to file a notice of appeal.
    (Initial this line if this is your choice.)

    _____ I do wish to file a notice of appeal.
    (Initial this line if this is your choice.)

4.  I, SEBASTIEN VACHON-DESJARDINS, understand that if I select the option of not filing a notice of appeal on today's date undersigned counsel will not file this pleading until the expiration of fourteen days from one of the above events in paragraph one, in the event I change my mind after the date of this document but prior to the expiration of the time period to file a notice of appeal in paragraph one.

_Sebastien Vachon_         6/9/2022
Signature of Sebastien Vachon-Desjardins    Date of Signature

September 6th, 2022

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 19, 2022 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will then send notice of electronic filing to all counsel of record.

Respectfully submitted,

By: /s/ Mark J. O'Brien
Mark J. O'Brien, Esquire
Florida Bar No.: 0160210
511 West Bay Street
Suite 330
Tampa, Florida 33606
T:   (813) 228-6989
E:   mjo@markjobrien.com