UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                   Case No. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

### FINAL ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, for a final order of forfeiture for approximately 27.65 BTC remaining from the bitcoin previously seized from the defendant's BTC Wallet 3Pxki6pFFKC12YSn8JtDs3ZrEg3pFTHnHd on or about January 27, 2021 (the 27.65 BTC), representing a portion of the proceeds he obtained from the offenses charged in Counts One through Four of the Indictment, which was subject to a October 4, 2022 preliminary order of forfeiture (Doc. 49).

In accord with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), Federal Rules of Criminal Procedure, from October 6, 2022, and ending on November 4, 2022, the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov.  Doc. 54.  The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.  No persons or entities

filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

    The United States' motion is **GRANTED**. Under 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2), Federal Rules of Criminal Procedure, all right, title, and interest in the asset is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law. Clear title to the asset is now vested in the United States of America.

    DONE and ORDERED in Tampa, Florida, this 7th day of December, 2022.

                                                       WILLIAM F. JUNG
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Suzanne C. Nebesky, AUSA
Counsel of Record