**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>8:20-cr-366-WFJ-SPF |
| DEFENDANT<br>SEBASTIEN VACHON-DESJARDINS | TYPE OF PROCESS<br>Execution of POF & FOF |

RECEIVED
By U.S. Marshals Service M/FL Asset Forfeiture at 1:26 pm, Dec 29, 2022

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Suzanne C. Nebesky, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, FL 33602

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Pursuant to the Final Order of Forfeiture, please liquidate the approximately 27.65 BTC remaining from the bitcoin previously seized from the defendant's BTC Wallet 3Pxki6pFFKC12YSn8JtDs3ZrEg3pFTHnHd and deposit the funds into the AFF.

CATS ID: 22-FBI-001241

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
SUZANNE DONOVAN  Digitally signed by SUZANNE DONOVAN  Date: 2022.12.07 11:38:02 -05'00'
TELEPHONE NUMBER: (813) 274-6000
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 18 | No. 18 | GLENDA RIOS  Digitally signed by GLENDA RIOS Date: 2022.12.29 13:27:25 -05'00' | 12/29/2022 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12/29/2022
Time: ☐ am ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy
GLENDA RIOS  Digitally signed by GLENDA RIOS Date: 2022.12.29 13:31:25 -05'00'

Costs shown on attached USMS Cost Sheet >>

REMARKS
The asset was sold on 12/15/2022; sale proceeds were deposited in the AFF.

FILED 2022 DEC 30 PM 1:38 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA TAMPA, FLORIDA

Form USM-285
Rev. 03/21