UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.      CASE NO. 8:20-cr-366-WFJ-SPF

SEBASTIEN VACHON-DESJARDINS

**UNITED STATES' SECOND *UNOPPOSED* MOTION TO EXTEND RESTITUTION HEARING DEADLINE FOR 90 DAYS AND REQUEST FOR HEARING DATE CERTAIN**

The United States of America, pursuant to M.D. Fla. Local Rule 3.09(a), hereby moves this Court unopposed to extend the deadline, *nunc pro tunc*, within which to hold the restitution hearing for defendant Sebastien Vachon-Desjardins for an additional period of 90 days, and further requests that the Court schedule a date-certain for the restitution hearing in May 2023. In support of its motion, the United States offers the following:

On December 2, 2020, a grand jury returned an indictment charging Vachon-Desjardins with conspiracy to commit computer fraud and wire fraud, intentional damage to a protected computer, and transmitting a demand in relation to damaging a protected computer. Doc. 1. On July 11, 2022, Vachon-Desjardins pleaded guilty to all counts pursuant to a written plea agreement. Docs. 33, 35. The Court granted the United States' request to bifurcate the sentencing and restitution hearings in this case (Docs. 44-45), and on October 4, 2022, the Court sentenced Vachon-Desjardins to 20 years in prison (Docs. 50-51).

On December 19, 2022, the Court granted the United States' first unopposed motion to extend the restitution hearing deadline for a period of 90 days to provide the United States additional time to determine victim losses. Docs. 57-58.

The United States has now determined victim losses and discussed the same with defense counsel, and the parties are prepared to proceed with the restitution hearing. The United States, however, recently learned that Vachon-Desjardins was transported to Federal Correctional Institution Fort Dix in New Jersey to begin serving his sentence. Accordingly, the United States will seek a writ *of habeas corpus ad prosequendum* ordering Vachon-Desjardins' return to the Middle District of Florida for the restitution hearing. To facilitate this process, the United States now seeks a 90-day extension, *nunc pro tunc*, within which to hold the restitution hearing, and a May 2023 date-certain for the restitution hearing.

Pursuant to M.D. Fla. Local Rule 3.09(a), "[n]o trial, hearing, or other proceeding shall be continued upon stipulation of counsel alone, but a continuance may be allowed by order of the Court for good cause shown." In the instant case, good cause exists, as Vachon-Desjardins' presence is necessary for the restitution hearing.

## Conclusion

Wherefore, the United States moves unopposed to extend the deadline, *nunc pro tunc*, within which to hold the restitution hearing for defendant Sebastien Vachon-Desjardins for an additional period of 90 days, and further requests the Court schedule a date-certain for the restitution hearing in May 2023.

## M.D. Fla. Local Rule 3.01(g) Certification

The Government has conferred with defense counsel as to the relief requested in the instant motion, and defense counsel does not oppose the relief requested.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   */s/ Carlton C. Gammons*
      Carlton C. Gammons
      Assistant United States Attorney
      Florida Bar No. 85903
      400 N. Tampa Street, Suite 3200
      Tampa, Florida 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:   (239) 461-2219
      E-mail: Carlton.Gammons@usdoj.gov

U.S. v. Vachon-Desjardins                                  Case No. 8:20-cr-366-WFJ-SPF

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

> /s/ Carlton C. Gammons
> Carlton C. Gammons
> Assistant United States Attorney
> Florida Bar No. 85903
> 400 N. Tampa Street, Suite 3200
> Tampa, Florida 33602-4798
> Telephone:  (813) 274-6000
> Facsimile:   (239) 461-2219
> E-mail: Carlton.Gammons@usdoj.gov