**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| CASE NO.: 8:20-cr-366-WFJ-SPF | DATE: June 6, 2023 |
|---|---|
| **HONORABLE WILLIAM F. JUNG** | |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**SEBASTIEN VACHON-DESJARDINS** | **GOVERNMENT COUNSEL**<br>Carlton Gammons, AUSA<br>Sonia Jimenez, AUSA |
| | **DEFENSE COUNSEL**<br>Mark J. O'Brien, Retained |
| **COURT REPORTER:** Tracey Aurelio | **DEPUTY CLERK:** Javaris Gooding-Butts |
| **TIME:** 1:33 PM – 1:40PM<br>**TOTAL:** 7 Minutes | **COURTROOM:** 15B |
| | **PROBATION:** Tyler Campbell |

**PROCEEDINGS:** RESTITUTION HEARING

Court in session.

The Court grants Unopposed Motion to Seal.

The Court addresses the Defendant.

The Court adopts Sealed Proposed Restitution Order.

Defense Counsel will get with Government to prepare a Proposed Order regarding defendant's health.

Court Adjourned.